THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Leonard Lee Foster,       
Appellant.
 
 
 

Appeal From Cherokee County
Gary E. Clary, Circuit Court Judge

Unpublished Opinion No. 2004-UP-024
Submitted November 19, 2003  Filed 
 January 15, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia, and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Leonard Lee Foster pled guilty to driving after having 
 been declared a habitual offender and was convicted by a jury of felony driving 
 under the influence causing death and reckless driving.  The trial court sentenced 
 him to consecutive terms of imprisonment of five years, twenty-five years, and 
 ten years respectively, with credit for time served.  Fosters counsel attached 
 to the final brief a petition to be relieved as counsel stating she had reviewed 
 the record and concluded the appeal lacked merit.  Foster filed a pro se 
 response.
We dismiss pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss Fosters appeal and grant counsels petition 
 to be relieved.
APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.